AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Ron | District Court, E.D. Texas | 05/04/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

300 Willow #221
Beaumont, TX 77701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner 529 Acct 1 | 529 Acct 1 |
| 2. | Owner 529 Acct 2 | 529 Acct 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | State of Texas Retirement Plan, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self employed drama competiton judge |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Municipal Clerks Association, Election Law Seminar | January 13, 2011 | Dallas, TX | Speaker | Milage and meals. |
| 2. | American Conference Insititute (CLE Program) | April 27-28, 2011 | Chicago Illinois | Panel Speaker- Judge's views on litigation presentations | Travel, meals, and 1 night at hotel. |
| 3. | State Bar of Texas ( CLE Program) | July 13-14 2011 | San Antonio, TX | CLE Speaker - Advanced Patent Litigation | Milage, Toll fees, meals and 1 night at hotel. |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Mutual Fund USEXX | A | Interest | J | T | | | | | |
| 2. USAA Mutual Fund USSPX | A | Dividend | K | T | | | | | |
| 3. Vanguard VMMXX Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Windsor II Fund | C | Dividend | M | T | Sold (part) | 11/02/11 | K | D | |
| 5. Vanguard Mid-cap Index Fund | A | Dividend | | | Sold (part) | 12/07/11 | J | | |
| 6. | | | | | Sold | 12/23/11 | K | | |
| 7. Vanguard Mutual Funds IRA 1 | D | Dividend | M | T | | | | | |
| 8. -Health Care Fund | | | | | | | | | |
| 9. -Windsor II Fund | | | | | | | | | |
| 10. -Explorer Fund | | | | | | | | | |
| 11. -500 Index Fund | | | | | | | | | |
| 12. Vanguard Mutual fund IRA 2 - Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 13. Vanguard Mutual fund IRA 3 - 500 Index Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Mutual Fund IRA 4 - 500 Index Fund | A | Dividend | K | T | | | | | |
| 15. American Mut. Fund IRA New Perspective Fund | B | Dividend | M | T | | | | | |
| 16. Vanguard Variable Annuity | | None | K | T | | | | | |
| 17. XOM com. stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bond | | None | J | T | | | | | |
| 19. HBW Plaza Ltd. (see note par VIII) | A | Distribution | | | Closed | 12/22/11 | | | |
| 20. Compass Bank Accounts | A | Interest | K | T | | | | | |
| 21. 529 Acct 1 - American Funds | A | Dividend | J | T | | | | | |
| 22. -New Perspective Fund | | | | | | | | | |
| 23. -New World Fund | | | | | | | | | |
| 24. -Capital Wrld Grwth & Income | | | | | | | | | |
| 25. 529 Acct 2 American Funds | A | Dividend | J | T | | | | | |
| 26. -New Perspective Fund | | | | | | | | | |
| 27. -New World Fund | | | | | | | | | |
| 28. -Capital Wrld Grwth & Income | | | | | | | | | |
| 29. AMGN com. stk | B | Dividend | M | T | Sold (part) | 06/22/11 | J | A | |
| 30. AT&T com. stk | B | Dividend | K | T | | | | | |
| 31. AMAT com. stk | A | Dividend | J | T | | | | | |
| 32. ADP. com. stk | C | Dividend | L | T | | | | | |
| 33. CVX com. stk | A | Dividend | K | T | | | | | |
| 34. KO com. stk | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ETN com. stk | C | Dividend | L | T | | | | | |
| 36. EMR com. stk | B | Dividend | L | T | | | | | |
| 37. HD com. stk | B | Dividend | L | T | | | | | |
| 38. LLY com. stk | B | Dividend | K | T | | | | | |
| 39. MCD com. stk | B | Dividend | L | T | | | | | |
| 40. PEP com stk | B | Dividend | L | T | | | | | |
| 41. PFE com. stk | A | Dividend | K | T | | | | | |
| 42. SLB com. stk | A | Dividend | K | T | | | | | |
| 43. American Mutual Fund, New Perspective Fund | B | Dividend | M | T | | | | | |
| 44. American Mutual Fund Small Cap World | A | Dividend | K | T | | | | | |
| 45. Dreyfus S&P 500 Index Fund X | B | Dividend | L | T | Sold (part) | 11/04/11 | K | D | |
| 46. | | | | | Sold (part) | 12/23/11 | J | C | |
| 47. BAC Cap. TR XII preferred | B | Interest | J | T | | | | | |
| 48. Nuveen Arizona Prem. Inc. Muni. Bnd. Fund | A | Dividend | K | T | | | | | |
| 49. Dreyfus AMT-Free Mun. Bnd Fund | D | Dividend | M | T | | | | | |
| 50. Dreyfus Mun. Bnd. Fund | C | Dividend | L | T | | | | | |
| 51. Salt River Prj AZ bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McCallister Academic VLG bonds | B | Interest | K | T | | | | | |
| 53. Pima Cty AZ bond | A | Interest | J | T | | | | | |
| 54. Coconino &Yavapai Cos AZ bonds | A | Interest | J | T | | | | | |
| 55. U.of AZ Cop Brd bond | A | Interest | J | T | | | | | |
| 56. Prescott Vly AZ Mun. bond | A | Interest | J | T | | | | | |
| 57. Mesa AZ Util Sys bonds | A | Interest | J | T | | | | | |
| 58. AZ Health Facs Auth bond | A | Interest | | | Redeemed | 10/14/11 | J | A | |
| 59. UBS - RMA Money Mkt X | A | Interest | K | T | | | | | |
| 60. Benficiary IRA | E | Int./Div. | O | T | Distributed (part) | 03/03/11 | J | | |
| 61. | | | | | Distributed (part) | 11/04/11 | K | | |
| 62. -AT&T com. stk | | | | | | | | | |
| 63. -CVX com. stk | | | | | | | | | |
| 64. -XOM com.stk | | | | | | | | | |
| 65. -WRE com. stk | | | | | | | | | |
| 66. -WRI com. stk | | | | | | | | | |
| 67. -Oppenheimer Champ Income fund | | | | | | | | | |
| 68. -Nuveen Equity P & G fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ABA preferred shares | | | | | Redeemed | 06/20/11 | J | A | |
| 70. -USBPRI preferred shares | | | | | | | | | |
| 71. -Eaton Vance En. Equity Inc Fund | | | | | | | | | |
| 72. -John Hancock Inc Sec. Fund | | | | | | | | | |
| 73. -Lord AbbotBond Deb. Fund | | | | | | | | | |
| 74. -Franklin H.I. Fund Class A (Y) | | | | | | | | | |
| 75. -Franklin US Govt Sec. A (Y) | | | | | | | | | |
| 76. COST com. stk | A | Dividend | | | Sold | 03/17/11 | K | D | |
| 77. ELNK com. stk | A | Dividend | K | T | | | | | |
| 78. Elizabeth Arden com stk | | None | K | T | Buy | 03/17/11 | K | | |
| 79. FDX com stk | A | Dividend | J | T | Buy | 03/17/11 | K | | |
| 80. F com Stk | | None | J | T | Buy | 10/03/11 | J | | |
| 81. GPS com. stk | A | Dividend | | | Sold | 06/22/11 | K | C | |
| 82. GE com. stk | A | Dividend | J | T | | | | | |
| 83. HUBB com. stk | A | Dividend | | | Sold | 03/17/11 | K | E | |
| 84. IP | A | Dividend | J | T | | | | | |
| 85. JNJ com. stk | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | JPM com. stk | A | Dividend | | | Sold | 10/03/11 | J | | |
| 87. | LBY com. stk | | None | J | T | | | | | |
| 88. | Pet & Res Co.: PEO c | A | Dividend | J | T | Sold (part) | 06/22/11 | J | C | |
| 89. | PRU com. stk | A | Dividend | K | T | | | | | |
| 90. | WGL Holdings Inc com. stk | A | Dividend | J | T | | | | | |
| 91. | ISHARES MSCI CDP Can Idx Fnd: EWC | A | Dividend | J | T | Buy (add'l) | 03/17/11 | J | | |
| 92. | Lazard Emerg Mkt: LZOEX | A | Dividend | K | T | | | | | |
| 93. | Mat. Pac. Tig. fund: MAPTX | | None | | | Sold | 06/22/11 | K | | |
| 94. | Mat. As. Div. fund MAPIX | A | Dividend | K | T | Buy | 06/22/11 | K | | |
| 95. | MFS Itl. New Disc. MIDAX | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 96. | Royce 100 fund: UMBWX | | None | | | Sold | 06/22/11 | K | C | |
| 97. | Ridgeworth Lg Cap. STVTX | A | Dividend | K | T | Buy | 06/22/11 | K | | |
| 98. | Scout Itl fund | A | Dividend | K | T | | | | | |
| 99. | SECTOR SPDR Energy Select: XLE | A | Dividend | K | T | Buy (add'l) | 03/17/11 | J | | |
| 100. | SECTOR SPDR Tech Select: XLK | A | Dividend | K | T | | | | | |
| 101. | SECTOR SPDR TR CON STPLS: XLP | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 102. | SPDR S&P Div ETF: SDY | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Vanguard Small Cap Grwth | A | Dividend | K | T | Buy | 03/17/11 | K | | |
| 104. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 105.  Vanguard Small Cap Value | A | Dividend | K | T | Buy (add'l) | 06/22/11 | K | | |
| 106.  Schwab Money Market account | A | Interest | J | T | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clark, Ron | 05/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII, line 19 - HBW Plaza Ltd.: As noted in last year's report there was a distribution, which occurred after the sale of the assets owned. This year (2011) there was a final distribution of the small amount retained to pay final expenses and costsof closing the business. There were no assets left after that final distribution and dissolution, so the closure of the business, noted as "closed" in Part VII Col. D(1), did not result in any payment. There is no value to report in Col. D(3), no gain to report in Col. D(4), and nothing was sold to anybody - Col. D (5).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ron Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544